THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM A. TAYLOR, Appellant, v. BERNARD J. YORK et al., Commissioners, Composing the Board of Police of the City of New York, Respondents.

*People ex rel. Taylor* v. *York*, 58 App. Div. 621, affirmed.
(Argued October 1, 1901; decided December 17, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 19, 1901, which dismissed a writ of certiorari and affirmed the proceedings of the defendants in dismissing the relator from the police force of the city of New York.

*Roger Foster* for appellant.

*John Whalen*, Corporation Counsel. (*Theodore Connoly* and *Terence Farley* of counsel), for respondents.

Order affirmed, with costs ; no opinion.

Concur : PARKER, Ch. J., HAIGHT, MARTIN, VANN and LANDON, JJ. Not voting : O'BRIEN and BARTLETT, JJ.